# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 72 MAP 2014
:
                Appellant : Appeal from the Order of the Montgomery
: County Court of Common Pleas at No.
: CP-46-CR-0009308-2012 dated June 4,
            v. : 2014, entered June 5, 2014
:
:
KOREY C. HOLMES, :
:
               Appellee :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. <u>See</u> <u>Commonwealth v. Hopkins</u>, 117 A.3d 247 (Pa. 2015).